**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                    Government,     :     15 CR. 288 (RMB)
                                             :
       - against -                       :     **ORDER**
                                             :
SHAWN WILLIAMS,                              :
                    Defendant.      :
-------------------------------------------------------------x

       The supervised release hearing is scheduled for Wednesday, July 5, 2023 at 10:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 701 914 594#

Dated: June 29, 2023
       New York, NY

                                                                                **RICHARD M. BERMAN**
                                                                                                 U.S.D.J.