

**NEW JERSEY OFFICE**
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

**NEW YORK OFFICE**
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

June 29, 2023

*Via ECF*
Honorable Richard M. Berman
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re: United States v. Shawn Williams
       Case No. 15-cr-288 (RMB)

Dear Judge Berman:

  I was appointed to represent Shawn Williams pursuant to the Criminal Justice Act (CJA) in the above criminal matter and his case has been closed. I received a notification of a supervised release hearing scheduled for July 5, 2023, before Your Honor. I am respectfully requesting that Your Honor reappoint me to represent Mr. Williams in the above matter. Your Honor's time and consideration is greatly appreciated.

Application granted.

Respectfully submitted,

Lorraine Gauli-Rufo,

SO ORDERED:
Date: 6/29/23
Richard M. Berman, U.S.D.J.