**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                Government,     :     15 CR. 288 (RMB)
                                             :
      - against -                          :     **ORDER**
                                             :
SHAWN WILLIAMS,                              :
                Defendant.      :
-------------------------------------------------------------x

      The supervised release hearing is scheduled for Thursday, September 14, 2023 at 10:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 123 990 472#

Dated: September 6, 2023
      New York, NY

                                          _____
                                            **RICHARD M. BERMAN**
                                                  **U.S.D.J.**