UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                Government,   :   15 CR. 288 (RMB)
                                             :
     - against -                           :   **ORDER**
                                             :
SHAWN WILLIAMS,                              :
                Defendant.    :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, November 27, 2023 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 185 159 649#

Dated: November 22, 2023
       New York, NY

                                                    **RICHARD M. BERMAN**
                                                          **U.S.D.J.**