UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,  :
:
                Government,  :  15 CR. 288 (RMB)
:
  - against -  :  **ORDER**
:
SHAWN WILLIAMS,  :
                Defendant.  :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, January 16, 2024 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 773 192 332#

Dated: January 10, 2024
       New York, NY

                                              **RICHARD M. BERMAN**
                                                  **U.S.D.J.**