UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,             :        15 CR. 288 (RMB)
                                         :
      - against -                       :        **ORDER**
                                         :
SHAWN WILLIAM (OMAR GARDNER),            :
                                         :
                Defendant.              :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, May 1, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 373 669 764#

Dated: April 24, 2024
       New York, NY

                                                  _____
                                                   **RICHARD M. BERMAN**
                                                            U.S.D.J.