UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,              :
                                       :
                Government,        :        15 CR. 288 (RMB)
                                       :
        - against -                 :        **ORDER**
                                       :
SHAWN WILIAMS (OMMAR GARDNER),         :
                                       :
                Defendant.         :
-------------------------------------------------------------x

       The supervised release hearing is scheduled for Wednesday, May 22, 2024 at 2:00 P.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 341 467 209#

Dated: May 15, 2024
       New York, NY

                                                               *Richard M. Berman*
                                                       **RICHARD M. BERMAN**
                                                                  U.S.D.J.